UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| Daniel VELASQUEZ-CASTREJON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, IRWIN COUNTY DETENTION CENTER<br><br>Respondent. | ) | Case No. 7:26-cv-00171<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br>A# 249-418-294 |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOW, COMES** Petitioner, by and through counsel, and hereby gives Notice of Voluntary Dismissal Without Prejudice against Respondent under Federal Rule of Civil Procedure 41(a)(1)(A)(i). A bond hearing was provided for the Petitioner on July 14, 2026.

Dated: August 6, 2026

Respectfully submitted,

/s/Eszter Bardi
Eszter Bardi
Sonoda Law Firm
1849 Clairmont Road
Decatur, Georgia 30033
Phone: 470-755-9520
Fax: 404-393-8399
ebardi@sonodalaw.com
GA Bar # 200449
*Attorney for Petitioner*

/s/ Jeremy Layne McKinney
Jeremy Layne McKinney
McKinney Immigration Law
910 N. Elm St. (POB 1800)
Greensboro, NC 27401 (27402)
Phone: 336-275-5885
Fax: 336-275-6045
jeremy@mckinneyimmigration.com
NC Bar # 23318
*Attorney for Petitioner*

SO ORDERED this 7th day of August, 2026

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I certify on August 6, 2026, the foregoing document was served on all parties or their respective counsel of record through the CM/ECF system therefore no certificate of service is required.

Date: August 6, 2026

/s/Eszter Bardi
Eszter Bardi
Sonoda Law Firm
1849 Clairmont Road
Decatur, Georgia 30033
Phone: 470-755-9520
Fax: 404-393-8399
ebardi@sonodalaw.com
GA Bar # 200449
*Attorney for Petitioner*

/s/ Jeremy Layne McKinney
Jeremy Layne McKinney
McKinney Immigration Law
910 N. Elm St. (POB 1800)
Greensboro, NC 27401 (27402)
Phone: 336-275-5885
Fax: 336-275-6045
jeremy@mckinneyimmigration.com
NC Bar # 23318
*Attorney for Petitioner*